No. 153. ELMIRA VAN BUSKIRK, ADMINISTRATRIX OF WILLIAM VAN BUSKIRK, *v.* ERIE RAILROAD COMPANY. Error to the Circuit Court of Appeals for the Third Circuit. Argued January 20, 1919. Decided January 27, 1919. *Per Curiam.* Dismissed for want of jurisdiction upon the authority of § 241 of the Judicial Code; *Haseltine* v. *Central Bank of Springfield*, 183 U. S. 130; *Schlosser* v. *Hemphill*, 198 U. S. 173, 175; *Missouri & Kansas Interurban Ry. Co.* v. *Olathe*, 222 U. S. 185, 186; *Louisiana Navigation Co.* v. *Oyster Commission of Louisiana*, 226 U. S. 99, 101. *Mr. Charles A. Ludlow*, with whom *Mr. Frank F. Davis* was on the brief, for plaintiff in error. *Mr. George S. Hobart* for defendant in error.

No. 160. LARGE OIL COMPANY *v.* E. B. HOWARD, STATE AUDITOR OF THE STATE OF OKLAHOMA. Error to the Supreme Court of the State of Oklahoma. Argued January 20, 21, 1919. Decided January 27, 1919. *Per Curiam.* Judgment reversed with costs, and cause remanded for further proceedings, upon the authority of *Choctaw & Gulf R. R. Co.* v. *Harrison*, 235 U. S. 292; *Indian Territory Illuminating Oil Co.* v. *Oklahoma*, 240 U. S. 522. And see *Howard* v. *Oil Companies*, 247 U. S. 503. *Mr. Frank B. Burford*, with whom *Mr. John H. Burford, Mr. John H. Brennan* and *Mr. J. B. A. Robertson* were on the brief, for plaintiff in error. *Mr. John B. Harrison*, with whom *Mr. S. P. Freeling* was on the brief, for defendant in error.